1    JEFFER, MANGELS, BUTLER & MARMARO LLP
     JEFFREY K. RIFFER (Bar No. 87016)
2    1900 Avenue of the Stars
     Seventh Floor
3    Los Angeles, CA 90067-4308
     Telephone: 310-203-8080
4    Facsimile: 310-203-0567

5    Attorneys for Respondent
     LUCENT TECHNOLOGIES INC.

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION
                                                *E-FILED - 5/12/06*
11

12   SCHOENDUVE CORPORATION, a        )   CASE NO. C 03 03523 RMW
     California corporation,          )
13                                    )   STIPULATION AND
                         Petitioner,  )   ORDER RE DISBURSEMENT OF MONEY
14                                    )   DEPOSITED WITH THE COURT
     v.                               )
15                                    )
     LUCENT TECHNOLOGIES, INC.,       )
16   a Delaware Corporation,          )
                                      )   Related Case: C01-20767 RMW ADR
17                       Respondent.  )
     _____)

18

19

20

21          Petitioner Schoenduve Corporation ("Schoenduve") and

22   Respondent Lucent Technologies Inc. ("Lucent"), through their

23   counsel of record, hereby stipulate as follows:

24

25          1.    This Court entered judgment on an arbitration

26   award in favor of Schoenduve Corporation.

27

28          2.    Lucent made a motion to deposit money in lieu of

PRINTED ON
RECYCLED PAPER     cc: Finance

                                     STIP AND  ORDER RE DISBURSEMENT OF
     LA 3910931 v1                   MONEY DEPOSITED W/ COURT  **Case No. C 03 03523 RMW**

1  an appeal bond to stay enforcement of the judgment pending

2  appeal. This Court granted that motion and ordered Lucent to

3  deposit $5 million to stay enforcement of the judgment.

4

5           3.    Lucent deposited $5 million on or about July 1,

6  2004.

7

8           4.    The Ninth Circuit recently affirmed the judgment.

9

10          5.    The parties have resolved their differences

11  regarding disposition of the money that was deposited.  They have

12  agreed that Schoenduve should receive 4,375,979.08 (prejudgment

13  and post-judgment interest plus $150 in costs in the district

14  court and $150 in costs in the Ninth Circuit) if payment is

15  received by May 1, 2006 (and an additional $551.08 per day if

16  payment is received after May 1, 2006) and the remaining balance

17  should be made payable to Agere Systems Inc.  (A chart

18  calculating the amount due Schoenduve is attached hereto as

19  Exhibit A.)

20

21          5.    The parties request that one check be made payable

22  to Russo & Hale LLP Trust Account FBO Schoenduve Corporation

23  for the appropriate amount in Paragraph 4 and sent to its counsel

24  (Jack Russo at the law firm of Russo & Hale LLP located at 401

25  Florence Street, Palo Alto, CA 94301).

26

27          6.    The parties request that a second check for the

28  remaining balance be made payable to Agere Systems Inc. and sent

PRINTED ON
RECYCLED PAPER

-2-

STIP AND  ORDER RE DISBURSEMENT OF
LA 3910931 v1                      MONEY DEPOSITED W/ COURT   **Case No. C 03 03523 RMW**

1    to its counsel (Jeff Riffer of the law firm of Jeffer, Mangels,

2    Butler & Marmaro LLP located at 1900 Avenue of the Stars, 7th

3    Floor, Los Angeles, CA 90067).

4

5         7.    The parties reserve the right to seek

6    recalculation of the post-judgment daily interest rate to conform

7    to the appropriate rate set by law if payment is not made by May

8    15, 2006.

9

10        IT IS SO AGREED:

11

12   DATED: April 26, 2006     JEFFER, MANGELS, BUTLER & MARMARO LLP
                               JEFFREY K. RIFFER
13

14
                               By: _____-*JEFFREY K. RIFFER*-_____
15                                      JEFFREY K. RIFFER
                               Attorneys for Respondent LUCENT
16                             TECHNOLOGIES INC.

17

18   DATED: April 26, 2006     RUSSO & HALE LLP
                               JACK RUSSO
19                             MICHAEL RISCH

20

21                             By: _____- *JACK RUSSO* -_____
                                        JACK RUSSO
22                             Attorneys for Petitioner SCHOENDUVE
                               CORPORATION
23

24
                          **IT IS SO ORDERED**
25

26

27   Dated: __May 12_____, 2006    __/s/ Ronald M. Whyte_____
                                   United States District Court Judge
28

PRINTED ON
RECYCLED PAPER

-3-

STIP AND  ORDER RE DISBURSEMENT OF
LA 3910931 v1      MONEY DEPOSITED W/ COURT  **Case No. C 03 03523 RMW**

1   DECLARATION OF JEFFREY K. RIFFER

2

3       I, Jeffrey K. Riffer, declare as follows:

4

5       1.   I am duly licensed to practice before this Court

6   and am a partner with the law firm of Jeffer, Mangels, Butler &

7   Marmaro LLP, counsel for Respondent Lucent Technologies, Inc.

8   ("Lucent").

9

10      2.   I attest that concurrence in the filing of this

11  document has been obtained from each of the other signatories

12  which shall serve in lieu of their signature(s) on this document.

13

14      I declare under penalty of perjury under the laws

15  of the United States of America that the foregoing is true and

16  correct.  Executed this 26th day of April 2006, at Los Angeles,

17  California.

18

19                              _-JEFFREY K. RIFFER-_
                                JEFFREY K. RIFFER

20

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

LA 3910931 v1

-1-

STIP AND ORDER RE DISBURSEMENT OF
MONEY DEPOSITED W/ COURT   **Case No. C 03 03523 RMW**