1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   JEFFREY K. RIFFER (Bar No. 87016)
2  1900 Avenue of the Stars
   Seventh Floor
3  Los Angeles, CA 90067-4308
   Telephone: 310-203-8080
4  Facsimile: 310-203-0567

5  Attorneys for Respondent
   LUCENT TECHNOLOGIES INC.
6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

                                    *E-FILED - 5/24/06*
11

12 SCHOENDUVE CORPORATION, a        ) CASE NO. C 03 03523 RMW
   California corporation,          )
13                                  ) STIPULATION AND
              Petitioner,           ) AMENDED ORDER RE DISBURSEMENT
14                                  ) OF MONEY DEPOSITED WITH THE
   v.                               ) COURT
15                                  )
   LUCENT TECHNOLOGIES, INC.,       )
16 a Delaware Corporation,          )
                                    ) Related Case: C01-20767 RMW ADR
17            Respondent.           )
   _____    )
18

19

20

21

22

23         Petitioner Schoenduve Corporation ("Schoenduve") and

24 Respondent Lucent Technologies Inc. ("Lucent"), through their

25 counsel of record, hereby stipulate as follows:

26

27         1.   The parties submitted a prior stipulation and

28 proposed Order, which this Court signed regarding the

PRINTED ON
RECYCLED PAPER

                              STIP & AMENDED ORDER RE DISBURSEMENT
LA 4008123 v1                 OF MONEY DEPOSITED W/ COURT **Case No. C 03 03523 RMW**

1  disbursement of money deposited with the Court.  Unfortunately,
2  there were errors in that stipulation and, as a result, no money
3  could be disbursed.  The parties have corrected those errors and
4  submitted this new stipulation and proposed Order.

6      2.    This Court entered judgment on an arbitration
7  award in favor of Schoenduve Corporation.

9      3.    Lucent made a motion to deposit money in lieu of
10 an appeal bond to stay enforcement of the judgment pending
11 appeal.  This Court granted that motion and ordered Lucent to
12 deposit $5,071,875 to stay enforcement of the judgment.

14     4.    Lucent deposited $5,071,875 on or about July 1,
15 2004.

17     5.    The Ninth Circuit recently affirmed the judgment.

19     6.    The parties have resolved their differences
20 regarding disposition of the money that was deposited.  They have
21 agreed that Schoenduve should receive $4,375,979.08 (prejudgment
22 and post-judgment interest plus $150 in costs in the district
23 court and $150 in costs in the Ninth Circuit) if payment is
24 received by May 1, 2006 (and an additional $551.08 per day if
25 payment is received after May 1, 2006) and the remaining balance
26 should be made payable to Agere Systems Inc.  (A chart
27 calculating the amount due Schoenduve is attached hereto as
28 Exhibit A.)

1  7. The parties request that one check be made payable
2  to Russo & Hale LLP Trust Account FBO Schoenduve Corporation
3  for the appropriate amount in Paragraph 6 and sent to its counsel
4  (Jack Russo at the law firm of Russo & Hale LLP located at 401
5  Florence Street, Palo Alto, CA 94301).
6
7  8. The parties request that a second check for the
8  remaining balance be made payable to Agere Systems Inc. and
9  sent to its counsel (Jeff Riffer of the law firm of Jeffer,
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  Mangels, Butler & Marmaro LLP located at 1900 Avenue of the
2  Stars, 7th Floor, Los Angeles, CA 90067).
3
4           9.   The parties reserve the right to seek
5  recalculation of the post-judgment daily interest rate to conform
6  to the appropriate rate set by law if payment is not made by June
7  1, 2006.
8
9           IT IS SO AGREED:
10
11 DATED: May 15, 2006         JEFFER, MANGELS, BUTLER & MARMARO LLP
                               JEFFREY K. RIFFER
12
13
                               By:    -*JEFFREY K. RIFFER*-
14                                   JEFFREY K. RIFFER
                               Attorneys for Respondent LUCENT
15                             TECHNOLOGIES INC.
16
17 DATED: May 15, 2006         RUSSO & HALE LLP
                               JACK RUSSO
18                             MICHAEL RISCH
19
20                             By:    -*JACK RUSSO*-
                                     JACK RUSSO
21                             Attorneys for Petitioner SCHOENDUVE
                               CORPORATION
22
23
           **IT IS SO ORDERED**
24
25
26 Dated:    5/24     , 2006     /s/ Ronald M. Whyte
                                 United States District Court Judge
27
28

1 DECLARATION OF JEFFREY K. RIFFER

3     I, Jeffrey K. Riffer, declare as follows:

5     1.   I am duly licensed to practice before this Court and am a partner with the law firm of Jeffer, Mangels, Butler & Marmaro LLP, counsel for Respondent Lucent Technologies, Inc. ("Lucent").

10    2.   I attest that concurrence in the filing of this document has been obtained from each of the other signatories which shall serve in lieu of their signature(s) on this document.

14    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 15th day of May 2006, at Los Angeles, California.

                                    *-JEFFREY K. RIFFER-*
                                    JEFFREY K. RIFFER